**No. 09-10018. Carol Ann Mitchell, Petitioner v. Akal Security Inc., et al.**

560 U.S. 956, 130 S. Ct. 3389, 177 L. Ed. 2d 309, 2010 U.S. LEXIS 4624.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 358 Fed. Appx. 932.

**No. 09-10021. Steve Pigg, Petitioner v. James Basinger.**

560 U.S. 956, 130 S. Ct. 3389, 177 L. Ed. 2d 309, 2010 U.S. LEXIS 4679.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-10023. Young Moon, Petitioner v. Ellen Bowden McIntyre, et al.**

560 U.S. 956, 130 S. Ct. 3389, 177 L. Ed. 2d 309, 2010 U.S. LEXIS 4671.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-10024. Jason Christian Morreo, Petitioner v. California.**

560 U.S. 956, 130 S. Ct. 3389, 177 L. Ed. 2d 309, 2010 U.S. LEXIS 4635.

June 7, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.

**No. 09-10025. Christopher Ynosencio Ysais, Petitioner v. New Mexico Children, Youth and Families Department, et al.**

560 U.S. 956, 130 S. Ct. 3390, 177 L. Ed. 2d 309, 2010 U.S. LEXIS 4586, ■

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 353 Fed. Appx. 159.

**No. 09-10035. Donna K. Pearson, Petitioner v. Village of Greenup, Illinois, et al.**

560 U.S. 956, 130 S. Ct. 3390, 177 L. Ed. 2d 309, 2010 U.S. LEXIS 4716.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-10036. Edward J. Zakrzewski, II, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

560 U.S. 956, 130 S. Ct. 3390, 177 L. Ed. 2d 309, 2010 U.S. LEXIS 4569.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 573 F.3d 1210.